**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01202-LTB-MEH

ROBINSON BRICK COMPANY,

      Plaintiff,

v.

JONES MASONRY CONTRACTORS, INC.,
SAMMY JONES, individually, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

      Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Joint Motion to Dismiss Action With Prejudice (Doc 38 - filed June 23, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                             BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: June 24, 2008